```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**JAYME BOYLE,**

      Plaintiff,

v.                                                    Cv. No. 16-2171-SHM

**EVOLVE BANK & TRUST and**
**EVOLVE FINANCIAL GROUP, INC.,**

      Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order docketed July 19, 2017, this matter is remanded to the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *July 19, 2017* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |